IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY ANDREWS, Personal Representative for the Estate of MISTY FORD; A.F, beneficiary of the estate and individually; N.F, beneficiary of the estate and individually; and ETHEL FORD, individually,<br><br>           Plaintiffs,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA; Correctional Officer CLIFFORD MATHERLY, an individual; Correctional Officer CLARICE MATHERLY, an individual; KATHERINE WHIPPLE, M.D., an individual; and DOES 1-10;<br><br>           Defendants. | **NO.  CV-08-0108-FVS**<br><br>**ORDER DISMISSING SUIT WITH PREJUDICE** |

THIS MATTER HAVING COME BEFORE THE COURT on the parties' stipulation and in connection with Plaintiffs' motion for approval of the settlement

ORDER DISMISSING SUIT WITH PREJUDICE - 1

reached on Plaintiffs' negligent custodial care claim in Cause No. CV-07-361-FVS (Ct. Recs. 53 and 54), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiffs' claims in this suit are dismissed with prejudice, without costs and attorneys' fees awarded to any party.

The parties' stipulated motion for order dismissing suit (**Ct. Rec. 15**) is **GRANTED**.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to enter this order, furnish copies to counsel and **CLOSE THE FILE**.

Dated this <u>18th</u> day of March, 2010.

<u>S/Fred Van Sickle</u><br>
THE HONORABLE FRED VAN SICKLE<br>
SENIOR U.S. DISTRICT COURT JUDGE